IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff/Garnishor,

vs.

LEE D. WEISS and FAMILY
ENDOWMENT PARTNERS, LP,

    Defendants,

and

MIP GLOBAL, INC., f/k/a MOSAIC
INVESTMENT PARTNERS, INC.,
MOSAIC ENTERPRISES, INC., MOSAIC
INVESTMENT PARTNERS, INC.,
WEISS CAPITAL REAL ESTATE
GROUP, LLC,

    Relief Defendants,

And

STILLPOINT CAPITAL, LLC, and its
successors or assigns,

    Defendant/Garnishee.
_____/

Civil Action No. 15-cv-13460-IT

## ANSWER OF GARNISHEE, STILLPOINT CAPITAL, LLC

STILLPOINT CAPITAL, PLLC ("Garnishee"), having been served with a Post-Judgment Continuing Writ of Garnishment, files its Answer in accordance with 28 U.S.C. § 3205.

1. This Answer is being prepared by Amy C. Cross, President, Amy C. Cross, P.A., sole member of StillPoint Capital, LLC, 13301 W. Hillsborough Avenue, Suite 101, Tampa, FL 33635; (813) 891-9100.

### Description of Garnishee

2. Garnishee files this Answer as a Florida limited liability company, with its principal place of business at 13301 W. Hillsborough Avenue, Suite 101, Tampa, FL 33635; (813) 891-9100.

### Prior Garnishments

3. Garnishee is not aware of any previous garnishments involving Defendants, LEE D. WEISS and FAMILY ENDOWMENT PARTNERS, LP.

### Description of Property in Which Defendant has an Interest

4. Garnishee has or anticipates having future possession, custody or control of non-earnings property in which Defendants may or will have an interest, to wit: Buyout of MIP Global, Inc.'s interest as a disassociated member of StillPoint Capital, LLC, with an approximate value of $80,000 less expenses. MIP Global, Inc. has a claim to be bought out as a disassociated member. StillPoint's sole remaining member will pay the value of MIP's interest once confirmed by the Court in an action for declaratory relief filed by StillPoint in Hillsborough County, Florida.

5. Garnishee has filed a lawsuit in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, styled as *StillPoint Capital, LLC v. Mosaic Investment Partners, Inc., n/k/a MIP Global, Inc.*, Case No. 17-CA-5143-K, seeking declaratory relief to confirm that MIP Global no longer has any interest in StillPoint and to confirm the

purchase price for that interest that StillPoint's sole remaining member will pay to the victim's fund as directed by the SEC and pursuant to the Continuing Writ of Garnishment.

**Garnishee's Claims**

6. Garnishee claims no exemptions on behalf of Defendants.

7. Garnishee contends that value of any purchase price should be reduced by expenses caused to Garnishee by the actions of Defendants, or their related entities.

**CERTIFICATE OF SERVICE**

Garnishee certifies that on the 19 day of July, 2017, it served a copy of this Answer via U.S. Mail on the following:

LEE D. WEISS
15 Westbourne Road
Newton, MA 02459-1617

FAMILY ENDOWMENT
PARTNERS, LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Attn: Nancy E. Tyler
U.S. Securities and Exchange Commission
Division of Enforcement
101 F Street, N.E.
Washington, DC 20549

## OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

STILLPOINT CAPITAL, LLC

Date: 7/18/17

By: _____
AMY C. CROSS
13301 W. Hillsborough Avenue, Suite 101
Tampa, FL 33635
(813) 891-9100 (Telephone)

Subscribed and sworn before me this 18 day of July, 2017.

_____
NOTARY PUBLIC, STATE OF FLORIDA
My Commission Expires: 9/30/17

[Notary seal: JOHN CUNNINGHAM, NOTARY, My Comm. Expires September 30, 2017, FF 45896, PUBLIC, STATE OF FLORIDA]

4118912_1