IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff/Garnishor, | ) ) ) |
| vs. | ) ) ) |
| LEE D. WEISS, FAMILY ENDOWMENT PARTNERS, LP, | ) )  No. 1:15-cv-13460-IT ) |
| Defendants, | ) ) |
| and | |
| MIP GLOBAL, INC., f/k/a MOSAIC INVESTMENT PARTNERS, INC., MOSAIC ENTERPRISES, INC., MOSAIC INVESTMENT PARTNERS, INC., WEISS CAPITAL REAL ESTATE GROUP, LLC, | ) ) ) ) ) ) |
| Relief Defendants, | ) ) |
| and | |
| BANK OF AMERICA, N.A. and its successors or assigns, | ) ) ) |
| Defendant/Garnishee. | ) ) |

FILED IN CLERKS OFFICE 2017 DEC 26 PM 2:17 U.S. DISTRICT COURT DISTRICT OF MASS.

## GARNISHEE'S ANSWER

Having been served with a Continuing Writ of Garnishment, Garnishee hereby files this Answer in accordance with 28 U.S.C. § 3205. This Answer is being prepared by:

Name:     Michael Delvecchio

Title:    Bank Officer

Address:  Bank of America
          Legal Order Processing
          DE5-024-02-08
          PO BOX 15047
          Wilmington DE 19850

15/Dec/2017 10:58:01 AM    Bank of America 6179919867    12/29

Phone Number: 213-580-0702

## DESCRIPTION OF GARNISHEE

Garnishee files this Answer as:     (check those that apply)

- ☐ An Individual

    - ☐ In my personal capacity.

    - ☐ Doing business as,          N/A

    Name of d/b/a:
    Address:
    Phone Number:

- ☐ A Partnership; and Garnishee is:

    - ☐ A general partner

    - ☐ A limited partner          N/A

    Name of Partnership:
    Address:
    Phone Number:

- ☒ A Corporation

    Name of Corporation:   Bank of America N.A
    Address:
    Phone Number:
    State of Incorporation:   Arizona
    Principal Place of Business:   Arizona

    Bank of America
    Legal Order Processing
    DE5-024-02-08
    PO BOX 15047
    Wilmington DE 19850

## PRIOR GARNISHMENTS

For each previous garnishment involving Defendant which is still in effect, please provide the following information:

Date of Garnishment:          N/A
Property Subject to the Previous Garnishment:

7

### DESCRIPTION OF PROPERTY IN WHICH DEFENDANT HAS AN INTEREST

Garnishee states as follows:   (check those that apply)

[x] From the date the Writ of Garnishment was served to the date this Answer is being prepared, Garnishee has not had possession, custody or control of any property in which Defendant has an interest.

[ ] Garnishee has possession, custody or control of the following non-earnings property in which Defendant has an interest:

Description of Property:
Approximate Value of Property:
Defendant's Interest in the Property:

[ ] Garnishee anticipates having future possession, custody or control of the following non-earnings property in which Defendant will have an interest:

Description of Property:
Approximate Value of Property:
Defendant's Interest in the Property:
When Defendant Will Acquire An Interest in the Property:

[ ] As Defendant's employer, Garnishee has possession, custody or control of earnings in which Defendant has an interest:

Defendant is paid: [ ] weekly, [ ] bi-weekly, [ ] semi-monthly, [ ] monthly
Date Previous Pay Period Ended:
Date Current Pay Period Ends:

a. Defendant's Gross Pay:
b. Federal Income Tax Withheld:
c. F.I.C.A. Withheld:
d. State Income Tax Withheld:
e. Total Withholdings (b + c + d):
f. Net Earnings (a - e):

### GARNISHEE'S CLAIMS

Garnishee makes the following claims:   (check those that apply)

[x] Garnishee makes the following claim of exemption on behalf of Defendant:

Amount of Exemption: $2500.00
Nature of Exemption: MA State Exemption

8

☐ Garnishee has the following objections, defenses, or set-offs against the United States' right to seek garnishment of Defendant's non-exempt property in Garnishee's possession, custody or control:

(describe nature of objection, defense, or set-off)

### CERTIFICATE OF SERVICE

Garnishee certifies that it has served a copy of this Answer on both the:

☐ Defendant

Date of Service:
Method of Service: (include address if service was by mail)

and

☒ The United States Securities and Exchange Commission

Date of Service:
Method of Service: (include address if service was by mail)

### OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

Date: 12/15/17   Signature: [signed]   Michael Delvecchio

Subscribed and sworn before me this __15__ day of _December_ 20_17_.

[signed]
Notary Public                                    (SEAL)

Commission Expires: 7-28-20

PATRICK LEE ANDREWS JR
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
July 28, 2020

9